IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TORRAE BROWN**                                                                                  **PLAINTIFF**

VS.                              CASE NO. 3:19CV00013 PSH

**NANCY A. BERRYHILL,** Acting Commissioner,
**Social Security Administration**                                  **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of September, 2019.

                                                            UNITED STATES MAGISTRATE JUDGE